**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: CICHON, PETER § Case No. 07-11497-JS
       CICHON, PYLLIS §
                     §
                     §
Debtor(s)            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $340,020.00              Assets Exempt: $94,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,619.82    Claims Discharged
                                               Without Payment: $117,839.81

Total Expenses of Administration: $7,382.68

---

   3) Total gross receipts of $ 25,002.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,002.50 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $302,779.45 | $72,470.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,382.68 | 7,382.68 | 7,382.68 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 135,459.63 | 135,459.63 | 17,619.82 |
| **TOTAL DISBURSEMENTS** | $0.00 | $445,621.76 | $215,312.31 | $25,002.50 |

    4) This case was originally filed under Chapter 7 on May 26, 2010. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2011          By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ICE CREAM BUSINESS - 35 E MAIN STREET, ROSELLE | 1149-000 | 25,000.00 |
| Interest Income | 1270-000 | 2.50 |
| **TOTAL GROSS RECEIPTS** | | **$25,002.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | GMAC | 4210-000 | 0.00 | 6,595.83 | 0.00 | 0.00 |
| 3 -2 | DaimlerChrysler Financial Services | 4210-000 | 0.00 | 13,270.39 | 0.00 | 0.00 |
| 4 | DaimlerChrysler Financial Services | 4210-000 | 0.00 | 10,387.39 | 0.00 | 0.00 |
| 9 | CitiMortgage, Inc. | 4110-000 | 0.00 | 200,055.84 | 0.00 | 0.00 |
| SCHED | GUARANTY SAVINGS BANK | 4110-000 | 0.00 | 72,470.00 | 72,470.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$302,779.45** | **$72,470.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 3,250.21 | 3,250.21 | 3,250.21 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 1,705.00 | 1,705.00 | 1,705.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 38.51 | 38.51 | 38.51 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | N/A | 1,742.50 | 1,742.50 | 1,742.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 16.46 | 16.46 | 16.46 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 630.00 | 630.00 | 630.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,382.68 | 7,382.68 | 7,382.68 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS-Services, LLC | 7100-000 | 0.00 | 10,115.18 | 10,115.18 | 1,727.70 |
| 5 | American Express Centurion Bank | 7100-000 | 0.00 | 6,103.38 | 6,103.38 | 1,042.48 |
| 6 | LVNV Funding LLC its successors and assigns as | 7100-000 | 0.00 | 2,444.24 | 2,444.24 | 417.48 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 6,955.89 | 6,955.89 | 1,188.09 |
| 8 | Chase Bank USA,N.A | 7100-000 | 0.00 | 499.55 | 499.55 | 85.32 |
| 10 | eCAST Settlement Corporation | 7100-000 | 0.00 | 2,642.32 | 2,642.32 | 451.32 |
| 11 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 27,068.78 | 27,068.78 | 4,623.43 |
| 12 | B-Real, LLC | 7100-000 | N/A | 45,344.84 | 45,344.84 | 7,745.04 |
| 13 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 260.52 | 260.52 | 44.50 |
| 14 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 614.67 | 614.67 | 104.99 |
| 15 | eCAST Settlement Corporation assignee of | 7100-000 | 0.00 | 290.49 | 290.49 | 49.62 |
| 16 | Chase Bank USA,N.A | 7100-000 | 0.00 | 380.56 | 380.56 | 65.00 |
| 17 | eCAST Settlement Corporation assignee of | 7100-000 | 0.00 | 438.21 | 438.21 | 74.85 |
| SCHED | NICOR GAS | 7100-000 | 0.00 | 900.00 | 900.00 | 0.00 |
| SCHED | US DEPT OF EDUCATION | 7100-000 | 0.00 | 5,266.00 | 5,266.00 | 0.00 |
| SCHED | SEARS | 7100-000 | 0.00 | 475.00 | 475.00 | 0.00 |
| SCHED | BANK OF AMERICA | 7100-000 | 0.00 | 25,660.00 | 25,660.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 135,459.63 | 135,459.63 | 17,619.82 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-11497-JS  
**Case Name:** CICHON, PETER  
CICHON, PYLLIS  
**Period Ending:** 06/13/11

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 05/26/10 (c)  
**§341(a) Meeting Date:** 06/17/10  
**Claims Bar Date:** 11/04/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 55 BORDEN COURT, ROSELLE, IL | 340,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | ICE CREAM BUSINESS - 35 E MAIN STREET, ROSELLE | 205,000.00 | 205,000.00 | | 25,000.00 | FA |
| 3 | CASH ON HAND | 20.00 | 0.00 | DA | 0.00 | FA |
| 4 | CHECKING ACCOUNT | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | BOOKS, ETC. | 100.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL | 1,200.00 | 0.00 | | 0.00 | FA |
| 8 | MISC JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| 9 | LIFE INSURANCE POLICIES | 4,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2003 DODGE CARAVAN | 5,805.00 | 0.00 | | 0.00 | FA |
| 11 | 2003 CHEROLET MONTE CARLO | 5,215.00 | 0.00 | | 0.00 | FA |
| 12 | 2004 DODGE DAKOTA | 4,460.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.50 | FA |
| 13 | Assets Totals (Excluding unknown values) | **$569,350.00** | **$205,000.00** | | **$25,002.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

WAITING FOR TAX RETURNS ON SALE OF STOCK TO DEBTOR

**Initial Projected Date Of Final Report (TFR):** June 30, 2012  **Current Projected Date Of Final Report (TFR):** March 17, 2011 (Actual)

Printed: 06/13/2011 10:56 AM   V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-11497-JS  
**Case Name:** CICHON, PETER  
CICHON, PYLLIS  
**Taxpayer ID #:** **-***7758  
**Period Ending:** 06/13/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******10-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/04/10 | {2} | JOE CAPUTO | SETTLEMENT PER ORDER OF 8/27/10 | 1149-000 | 25,000.00 | | 25,000.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.92 | | 25,000.92 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,001.12 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,001.33 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,001.53 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,001.74 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,001.95 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #07-11497, Bond#016026455 | 2300-000 | | 16.46 | 24,985.49 |
| 02/25/11 | 1002 | ILLINOIS DEPARTMENT OF REVENUE | EIN: 38-6927758/IL 1041 YEAR END 12/31/10 | 2820-000 | | 630.00 | 24,355.49 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 24,355.68 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,355.88 |
| 04/26/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.16 | | 24,356.04 |
| 04/26/11 | | To Account #9200******1066 | TRANSFER FUND TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 24,356.04 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 25,002.50 | 25,002.50 | $0.00 |
| Less: Bank Transfers | | 0.00 | 24,356.04 | |
| **Subtotal** | | **25,002.50** | **646.46** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$25,002.50** | **$646.46** | |

{} Asset reference(s)

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-11497-JS  
**Case Name:** CICHON, PETER  
CICHON, PYLLIS  
**Taxpayer ID #:** **-***7758  
**Period Ending:** 06/13/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******10-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/26/11 | | From Account #9200******1065 | TRANSFER FUND TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 24,356.04 | | 24,356.04 |
| 04/26/11 | 101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $3,250.21, Trustee Compensation; Reference: | 2100-000 | | 3,250.21 | 21,105.83 |
| 04/26/11 | 102 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $1,705.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,705.00 | 19,400.83 |
| 04/26/11 | 103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $38.51, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 38.51 | 19,362.32 |
| 04/26/11 | 104 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,742.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,742.50 | 17,619.82 |
| 04/26/11 | 105 | Discover Bank/DFS-Services, LLC | Dividend paid 17.08% on $10,115.18; Claim# 1; Filed: $10,115.18; Reference: | 7100-000 | | 1,727.70 | 15,892.12 |
| 04/26/11 | 106 | American Express Centurion Bank | Dividend paid 17.08% on $6,103.38; Claim# 5; Filed: $6,103.38; Reference: | 7100-000 | | 1,042.48 | 14,849.64 |
| 04/26/11 | 107 | LVNV Funding LLC its successors and assigns as | Dividend paid 17.08% on $2,444.24; Claim# 6; Filed: $2,444.24; Reference: | 7100-000 | | 417.48 | 14,432.16 |
| 04/26/11 | 108 | Portfolio Recovery Associates, LLC | Dividend paid 17.08% on $6,955.89; Claim# 7; Filed: $6,955.89; Reference: | 7100-000 | | 1,188.09 | 13,244.07 |
| 04/26/11 | 109 | Chase Bank USA,N.A | Dividend paid 17.08% on $499.55; Claim# 8; Filed: $499.55; Reference: | 7100-000 | | 85.32 | 13,158.75 |
| 04/26/11 | 110 | eCAST Settlement Corporation | Dividend paid 17.08% on $2,642.32; Claim# 10; Filed: $2,642.32; Reference: | 7100-000 | | 451.32 | 12,707.43 |
| 04/26/11 | 111 | eCAST Settlement Corporation assignee of | Dividend paid 17.08% on $27,068.78; Claim# 11; Filed: $27,068.78; Reference: | 7100-000 | | 4,623.43 | 8,084.00 |
| 04/26/11 | 112 | B-Real, LLC | Dividend paid 17.08% on $45,344.84; Claim# 12; Filed: $45,344.84; Reference: | 7100-000 | | 7,745.04 | 338.96 |
| 04/26/11 | 113 | LVNV Funding LLC its successors and assigns as | Dividend paid 17.08% on $260.52; Claim# 13; Filed: $260.52; Reference: | 7100-000 | | 44.50 | 294.46 |
| 04/26/11 | 114 | LVNV Funding LLC its successors and assigns as | Dividend paid 17.08% on $614.67; Claim# 14; Filed: $614.67; Reference: | 7100-000 | | 104.99 | 189.47 |
| 04/26/11 | 115 | eCAST Settlement Corporation assignee of | Dividend paid 17.08% on $290.49; Claim# 15; Filed: $290.49; Reference: | 7100-000 | | 49.62 | 139.85 |
| 04/26/11 | 116 | Chase Bank USA,N.A | Dividend paid 17.08% on $380.56; Claim# 16; Filed: $380.56; Reference: | 7100-000 | | 65.00 | 74.85 |
| 04/26/11 | 117 | eCAST Settlement Corporation assignee of | Dividend paid 17.08% on $438.21; Claim# 17; Filed: $438.21; Reference: | 7100-000 | | 74.85 | 0.00 |

Subtotals :   $24,356.04   $24,356.04

{} Asset reference(s)   Printed: 06/13/2011 10:56 AM   V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-11497-JS  
**Case Name:** CICHON, PETER  
CICHON, PYLLIS  
**Taxpayer ID #:** **-***7758  
**Period Ending:** 06/13/11  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******10-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **24,356.04** | **24,356.04** | **$0.00** |
| | | | Less: Bank Transfers | | 24,356.04 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **24,356.04** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$24,356.04** | |

Net Receipts : 25,002.50  
Net Estate : $25,002.50

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******10-65** | 25,002.50 | 646.46 | 0.00 |
| **Checking # 9200-******10-66** | 0.00 | 24,356.04 | 0.00 |
| | **$25,002.50** | **$25,002.50** | **$0.00** |

{} Asset reference(s)   Printed: 06/13/2011 10:56 AM   V.12.56